IRENE JOHNSON, as Administratrix, etc., of JOHN S. JOHNSON, Deceased, Respondent, v. FREDERICK LUTZ and EUGENE LUTZ, Copartners Doing Business as CHAS. LUTZ & SONS, Appellants.— Judgment and order unanimously affirmed, with costs. The verdict* was not excessive. Section 374-a of the Civil Practice Act† refers to an act, transaction, occurrence or event in which someone engaged in the business actually participated. The witnesses of the accident who made statements to the policeman were not engaged in the police business in the course of which the memorandum of the transaction was made. The policeman did not witness the accident. His report is based upon what others told him. It is not within the purview of the section. Other alleged errors in the admission of testimony are inconsequential. Lazansky, P. J., Rich and Scudder, JJ., concur; Kapper and Hagarty, JJ., concur in result.

THOMAS J. KAVANAGH, as Special Guardian for BERTRAM LINCOLN KANTOR, Who Is over the Age of Fourteen Years, and SEYMOUR MILTON KANTOR, Who Is under the Age of Fourteen Years, and Others, Respondents, v. BENON BUILDING CORPORATION, Appellant. ANDERSON IMPROVEMENT CORPORATION and Others, Defendants.— Order reversed upon the law, with ten dollars costs and disbursements, and motion to strike out answer of defendant Benon Building Corporation denied, with ten dollars costs. The facts set forth in paragraphs 9 and 10 of the answer may be sufficient in law to constitute a defense. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

ANNA MARKOWITZ, Respondent, v. FANNY ARONSON, Appellant.— Judgment and order of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

JOHN LAGESKI, Respondent, v. LEE LEVY and Others, Appellants.— Order granting plaintiff's motion for leave to serve an amended complaint, permitting the issue to remain joined as of the original date, and directing that the action retain its place on the calendar, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

SAM MARKOWITZ, Respondent, v. FANNY ARONSON, Appellant.— Judgment and order of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

THEODORE H. MILLER, Appellant, v. AMERICAN EAGLE FIRE INSURANCE COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

---

* Verdict was for $25,000 in death case for personal injuries.— [REP.

† Added by Laws of 1928, chap. 532.— [REP.